## United States Bankruptcy Court
### Northern District of Georgia

In re: **Williams, Bryan Amigo**                Case No.
        Debtor(s)                Chapter 7

### STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, **Bryan Amigo Williams**, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I was unemployed;

☐ I am self-employed;

☐ My employer did not provide pay stubs.

☒ Other

I receive SSI and food stamps.

Date 1/25/2022                Signature *Bryan Williams*
                                                            Debtor